5:14-cv-155-Oc-27PRL   3/11/2014

Good Morning,

I'm writing this letter regarding my situation.

My name is Corinthian Raheem Johnson and right now I am housed at Santa Rosa Correctional Institution....

Okay this what's going on. I am seeking for some help due to the fact that on 11/6/12 I was charge with (Batter Upon A Law Enforcement Officer) at this prison and around 1/10/13 I was shipped to another prison due to the officer's pressing charge's on me. We can't be around each other..

Now since 1/6/14 they ship me back to this prison and the same officer's & they co-worker's been playing with my food threaten me. Also they done jumped on me why I was in handcuffs and everything.

Now on 3/3/14 at 9:00 AM I went to Jury Trial on Case# 12-2361 (Battery Upon A Law Enforcement Officer) that the officer charge me with @ Santa Rosa Courthouse (Room 101) Judge Miller. And the Jury found me (Not Guilty) of the charge. So now they still have me at this prison around the same officer's and they are messing with me more due to the fact that I beat the charge in Trial.

I am being punish for no reason, accused for no reason, have mental & physical damage for no reason..

All im trying to do is, do my time and get home to my family. im asking can you please help me A.S.A.P and have someone come and talk to me and have me ship to another prison please. Sorry but thank you for your time..

Please Contact me back...

Corinthian R. Johnson DC# B08931
Santa Rosa Correctional Institution
5850 Milton,Road
Milton, FL 32583