FILED

CRJ

TO: The Federal Judge Who Is Signed To CASE #: 5:14-CV-155-OC-27PRL 12:55

DATE: 3/26/14

TIME: 7:58 AM

FROM: CORINTHIAN R. JOHNSON

This letter is being written due to my problem that is still going on. On the date of 3/18/2014 a Notice of Designation under Local Rule 3.05 was written by one of the Federal Judge(s) Case# is: 5:14-CV-155-OC-27PRL CORINTHIAN R. JOHNSON VS. SANTA ROSA CORRECTIONAL INSTITUTION.

I was told on that Notice to send it to all parties which is the WARDEN at this prison which (i) did.

Now the reason im writing again is because the problem is getting out of hand. They have been putting stuff inside my food trays (i) have not been getting. They just wrote me a "DR" on 3/26/2014 saying (i) committed another battery on officer which is the same thing they said (i) did the first time and it was false. I was given a outside charge and (i) took it to Trial on the date of 3/3/2014 CASE#: 13-CF-35 and was found NOT GUILTY By Jury. With this letter is a paper to show what im stating is true.

Like (i) stated before im not suppose to be at this prison. They don't even have my dental chart or Medical chart. Im asking can you please help me have something done about my situation. Have me ship back to Suwannee C.I. where (i) really was housed at. I went to court for the outside charge at Santa Rosa County Jail and for some reason they ship me here. Im asking can you please have something done A.S.A.P. about this situation. Im not gone eat intill something be done (i) don't trust these officer(s) (i) was false accused once they don't mind doing it again. So please help me.

Sorry but thank you for your time.

*Corinthian R. Johnson* DC# B08931

MY INFO: CORINTHIAN R. JOHNSON DC# B08931
SANTA ROSA CORRECTIONAL INSTITUTION M/U
5850 EAST MILTON ROAD
MILTON, FL 32583-7914
(REPLY BACK A.S.A.P. please)

Div: [ ]
Judge: Hunter
Date: 3.3.2014

F/M

Name: CORINTHIAN JOHNSON
Case #: 13-CF-136
Attorney: Public Defender Graham

Jury TRIAL

| PROSECUTOR | PUB. DEFENDER | CT. REPORTER |
|---|---|---|
| Dickenson ☐ | Edwards ☐ | Alisa ☐ |
| Powell ☒ | Graham ☒ | T. Emmanuel ☐ |
| Loren ☐ | Pfeiffer ☐ | E. Tyree ☒ |
| Rowland ☐ | Davis ☐ | Court Smart ☐ |
| S Pace ☐ | Ritchie ☐ | ☐ |
| Liles ☐ | Nash-Early ☐ | |
| ☐ | ☐ | |

**Defendant**
- Appeared ☐
- Appeared in jail ☒
- Failed to Appear ☐
- Waive Speedy Trial ☐
- PSI Waived ☐
- Youthful Offender ☐
- Boot Camp Recommended ☐

**PLEA ENTRY**
- Written ☐
- Not Guilty ☒
- Guilty ☐
- Nolo ☐

**JURY FOUND**
- Guilty ☐
- Not Guilty ☒
- Jury Polled ☒

**JUDGE FOUND**
- Guilty ☐
- Not Guilty ☐

PSI ORDERED: Returnable on _____ 20___  ☐ Remand into custody
☐ Juvenile Input  ☐ Copies to Judge & Attorney  _____ Working Days Prior  ☐ Continue Bond

☐ ADJUDICATED GUILTY  ☐ ADJUDICATION WITHHELD  ☐ ADJUDICATED DELINQUENT

PROBATION _____ COMM. CONTROL _____ ☐ Concurrent ☐ Consecutive
D.O.C. _____ COUNTY JAIL _____ ☐ WITH WORK RELEASE ☐ DAYS CREDIT _____
☐ SUSPENDED SENTENCE ☐ SEXUAL OFFENDER ☐ SEXUAL PREDATOR

**SPECIAL CONDITIONS**

☐ Downward Departure
☐ _____ Comm. Service Hrs ___ a Month Beginning _____
☐ No Use or Possession of Alcohol  ☐ Do not go to bars
☐ Random Urinalysis @ your expense
☐ No Use or Possession of Illegal Drugs W/O a Valid Prescription
☐ O/P Subst. Abuse/Alcohol Eval/Counseling ☐ W/I 30 days, ☐ 1st Att
☐ Residential Abuse Counseling ☐ W/I 30 days, ☐ 1st Att
☐ Mental Health/Psychological Counseling ☐ W/I 30 days, ☐ 1st Att
☐ Anger Control Counseling/Management ☐ W/I 30 days, ☐ 1st Att
☐ Domestic Violence Counseling ☐ W/I 30 days, ☐ 1st Att
☐ Certified Batters Domestic Violence Intervention Program
☐ No Acts or Threats of Violence
☐ Sex Offender Counseling ☐ W/I 30 days, ☐ 1st Att
☐ DUI School ☐ AA Meetings ☐ N/A ☐ 1st Offender ☐ Repeat Offender
☐ Vehicle Impound _____ days
☐ Victim Impact Session ☐ M.A.D.D
☐ Ignition Interlock _____
☐ Sincere Letter of Apology to _____ within _____ days
☐ Seek or Maintain Full Time Employment or Full Time Student _____ apps wk
☐ Provide old/new Prescriptions to Probation with-in _____ days

☐ No Contact With Co-Defendant
☐ No Contact With Victim ☐ Direct or Indirect ☐ Unless Req. In Writing
☐ No VIOLENT Contact With Victim ☐ Direct or Indirect ☐ Unless Req. In Writing
☐ No Contact With Minor(s) ☐ Direct or Indirect ☐ Unless Req. in Writing
☐ Dr. License ☐ Suspended ☐ Revoked ☐ With Permit ☐ yrs/mos
☐ Do not drive without a valid Drivers License
☐ Cost of Supervision $_____  ☐ Waived
☐ $2.00 Month Education Fund/Surcharge
☐ Probation May Transferred to _____
☐ Will Consider Early Termination
☐ Automatic Termination if All Terms & Conditions Met and No Violation
☐ Testify Truthfully Against Co-Defendant
☐ 30 Days to Appeal
☐ Prob. Reporting Inst. and Court Sheet Given to Def. ☐ Verbal by Judge
☐ Curfew Imposed from _____ to _____
☐ No Contact with known Drug Users/ Areas
☐ Anti-Theft Counseling ☐ W/I 30 days, ☐ 1st Att

Court Cost _____ to pay Court Costs & Fines ☐ 90 DAYS UPON RELEASE TO SET UP PAYMENT PLAN WITH CLERK
☐ OR IF NOT A JUDGMENT D-6

Total Fines $_____ at $_____ a Month  ☐ Court Cost Reduced to Judgment ☐ D-6
☐ Extradition Cost $_____  ☐ Extradition Cost Reduced to Judgment
Restitution: _____ for $_____ at $_____ a Month  ☐ Judgment to Restitution
Restitution: _____ for $_____ at $_____ a Month  ☐ Restitution Joint & Several with Co-Defendants
Restitution: _____ for $_____ at $_____ a Month  ☐ Court Reserves Jurisdiction

13-CF-136
1. BATTERY UPON LAW ENFORCEMENT OFFICER (F3)

CRJ

Found Not Guilty By Jury
Case # 13-CF-35

Copies to: ☐ White (file) ☐ Yellow (Probation) ☐ (Red/Jail)