CASE: 5:14-CV-00155-JDW-PRL

UNITED STATES DISTRICT COURT MIDDLE DISTRICT OF FLORIDA OCALA DIVISON

CORINTHIAN R. JOHNSON

VS.    CASE # NO: 5:14-CV-155-OC-27-PRL

SANTA ROSA CORRECTIONAL INSTITUTION

This motion/letter is being written regarding my situation. On the date of MARCH 18, 2014 Clerk SHERYL L. LOESCH Also MAURYA McSHEEHY send me a NOTICE OF DESIGNATION UNDER LOCAL RULE 3.05.

(i) wrote the courts 2 or 3 times about what's going on. As the courts was told (i) was charge with (battery upon a correction officer) at this prison and went to TRIAL and beat it. I was moved to SUWANNEE CORRECTIONAL INSTITUTION due to the fact that (i) could'nt be around the officer also the witness of the case. For some reason they ship me back to this prison which is Santa Rosa Correctional Institution a week before (i) had to go to TRIAL. The day the county jail came to pick me up. The same officers that press outside charges against me walk me to Transport tell me (i) better not do this and that.

Now since (i) won the case in a Jury TRIAL this prison has been writing me false DR's for the same charge (Battery on officer) hoping they can file charges on me again also playing with my food. On the day of April 14, 2014 in the morning time (i) was jumpe on by 2 officers inside B-dorm hallway. And later on that day the prison inspector came and saw me and started asking me about my problems im having but he was acting like im lying to him so (i) told him (i) didn't want to talk anymore without a lawyer... After that happen the same officer who got on the stand at TRIAL saying (i) did this and did that is working in the dorm im in full time....

Im asking can you please have them ship me from this prison. I am fear for my life. These officers just had me fighting for my freedom. Because the courts tried to give me 7½ more years for that case. Also Im asking can you please at least have a outside inspector come visit me due to this case. Please..... I was told that (i) have another case pending... Can you

you please force the prison to send me back to the Santa Rosa County Jail where they got me from or send me back to Suwannee C.I. where the county pick me up from. I don't have my property or anything (.) I am scared at this prison so can you please help me. ~~outtapostse~~ I send the warden a copy of the NOTICE OF DESIGNATION UNDER LOCAL RULE 3.05 that you send me. Sorry for your time but thank you....

    Can you please reply back A.S.A.P

April 21st, 2014

SINCERELY: Corinthian R. Johnson DC#B08931