UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

CORINTHIAN R. JOHNSON,

       Plaintiff,

v.                                                      Case No. 5:14-cv-155-Oc-27PRL

SANTA ROSA CORRECTIONAL
INSTITUTION,

       Defendant.

---

# O R D E R

On March 11, 2013, Plaintiff filed a *pro se* prisoner Civil Rights Complaint. (Doc. 1). However, Plaintiff failed to pay the filing fee or request to proceed *in forma pauperis* within thirty (30) days of filing the case. Pursuant to Rule 1.03(e), Local Rules of the United States District Court for the Middle District of Florida, this case is dismissed without prejudice. See also 28 U.S.C. § 1914(a). Further, it appears that Plaintiff should have filed this case in the Northern District of Florida because his claims arose when he was in the Santa Rosa Correctional Institution in Milton, Florida.

The Clerk is directed to enter judgment dismissing this case without prejudice, terminate any pending motions, and close the file.

**Done and Ordered** in Tampa, Florida, this 24th day of April 2014.

              JAMES D. WHITTEMORE
              United States District Judge

c: *pro se* Plaintiff